

# Fourth Court of Appeals
## San Antonio, Texas

June 6, 2019

No. 04-19-00201-CR

Michael Ervin **TUCKER,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR5978
Honorable Mark R. Luitjen, Judge Presiding

## O R D E R

The court reporter's request for an extension of time to file the reporter's record is GRANTED. The reporter's record is due on or before July 15, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of June, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court